IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROBERT PARDUE

VS.                                        CIVIL ACTION NO. 1:14cv290-KS-MTP

JACKSON COUNTY, MISSISSIPPI, ET AL

## JUDGMENT

BE IT REMEMBERED that a telephonic conference was held in the above styled and numbered case. All attorneys of record participated in the conference with the Court. The parties stipulated that there are no additional issues for the Court to decide and, further stipulated that there existed no "case in controversy."

The Court finds that, based on the stipulation, that a Rule 58 Judgment should be entered dismissing the case with prejudice.

NOW, THEREFORE, IT IS HEREBY ORDERED that the above styled and numbered cause be and the same is hereby dismissed with prejudice and that Judgment is hereby granted in favor of Defendants. This Judgment is entered pursuant to Rule 58 and is final.

SO ORDERED AND ADJUDGED on this the 17th day of June, 2016.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE